UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SIMON OFFORD,<br><br>  Defendant. | Case No. CR24-104-JHC<br><br>DETENTION ORDER |

Defendant Simon Offord is charged with two counts of possession of controlled substances with intent to distribute, 21 U.S.C. §§ 841(a)(1), (b)(1)(A), (b)(1)(B), and 18 U.S.C. § 2; and one count of carrying a firearm during and in relation to a drug trafficking crime, 18 U.S.C. § 924(c)(1)(A)(i). The Court held a detention hearing on July 11, 2024, pursuant to 18 U.S.C. § 3142(f)(1), and based upon the reasons for detention stated in the record and as hereafter set forth below, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. The government is entitled to a detention hearing pursuant to 18 U.S.C. § 3142(f)(1), as Mr. Offord is charged with an offense with a maximum sentence

DETENTION ORDER - 1

        of life, an offense with a maximum term of ten years or more under the CSA, and use of a weapon.

2.    There is a rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of the community pursuant to 18 U.S.C. § 3142(e).

3.    Taken as a whole, the record does effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Offord as required and the safety of the community. Mr. Offord is a long-time resident of the jurisdiction and his information was corroborated by a third-party.

4.    Mr. Offord poses a risk of nonappearance due to his history of failing to appear for court hearing, unemployment, controlled substance use, and association with three social security numbers.

5.    Mr. Offord poses a risk of danger due to his criminal history, the nature of the alleged offense, prior arrests and convictions, and a pattern of similar criminal activity.

6.    Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Offord's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1)    Mr. Offord shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent

practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Offord shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Offord is confined shall deliver Mr. Offord to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Offord, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this <u>11th</u> day of July, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3