UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:24-cr-00104-JHC-1 |
| Plaintiff, | ORDER EXTENDING DEADLINE FOR PRETRIAL MOTIONS |
| v. | |
| SIMON OFFORD, | |
| Defendant. | |

On July 23, 2024, the government and Defendant Simon Offord filed a stipulation to extend the pretrial motions deadline. Dkt. # 14.

This Court has broad discretion to manage its docket. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) ("the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."). The parties' requested extension to extend the pretrial motions deadline to August 5, 2024, is GRANTED. It is so ORDERED.

//

//

DATED this 23rd day of July, 2024.

*John H. Chun*

JOHN H. CHUN
United States District Judge