1                                                                                           JUDGE JOHN H. CHUN

2

3

4                                    UNITED STATES DISTRICT COURT
                                     WESTERN DISTRICT OF WASHINGTON
5                                              AT SEATTLE

6
UNITED STATES OF AMERICA,                    )    No. CR24-104-JHC
7                                            )
                Plaintiff,                   )
8                                            )    ORDER TO CONTINUE TRIAL AND
        v.                                   )    EXTEND PRETRIAL MOTIONS
9                                            )    DEADLINE
SIMON OFFORD,                                )
10                                           )
                Defendant.                   )
11    _____ )

12          THE COURT has considered the motion to continue the trial date and extend the

13    pretrial motions deadline and finds that:

14          (a) taking into account the exercise of due diligence, a failure to grant a

15    continuance in this case would deny counsel the reasonable time necessary for effective

16    preparation due to counsel's need for more time to review the evidence, consider

17    possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C.

18    § 3161(h)(7)(B)(iv);

19          (b) a failure to grant such a continuance would likely result in a miscarriage of

20    justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

21          (c) the additional time requested is a reasonable period of delay as the defendant

22    has requested more time to prepare for trial, to investigate the matter, to gather evidence

23    material to the defense, and to consider possible defenses;

24          (d) the ends of justice will best be served by a continuance, and the ends of

25    justice outweigh the best interests of the public and the defendant in any speedier trial,

26    as set forth in 18 U.S.C. § 3161(h)(7)(A);

ORDER TO CONTINUE TRIAL AND                              **FEDERAL PUBLIC DEFENDER**
EXTEND PRETRIAL MOTIONS DEADLINE                        **1601 Fifth Avenue, Suite 700**
(*U.S. v. Offord,* CR24-104-JHC) - 1                    **Seattle, Washington 98101**
                                                        **(206) 553-1100**

1    (e) the time requested between the current trial date and the new trial date is

2 needed to provide counsel the reasonable time necessary to prepare for trial considering

3 counsel's schedule and all the facts set forth above; and

4    (f) the period of delay from the date of this order to the new trial date is

5 excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

6    IT IS ORDERED that the trial date shall be continued to March 3, 2025, and that

7 pretrial motions shall be filed no later than January 17, 2025.

8    DONE this 8th day of August 2024.

9

10    _____
      JOHN H. CHUN
11    UNITED STATES DISTRICT JUDGE

12

13 Presented by:

14 s/ *Sara Brin*
   Assistant Federal Public Defender
15 Attorney for Simon Offord

16

17

18

19

20

21

22

23

24

25

26

ORDER TO CONTINUE TRIAL AND
EXTEND PRETRIAL MOTIONS DEADLINE
(*U.S. v. Offord,* CR24-104-JHC) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**