The Honorable Judge John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SIMON OFFORD,

    Defendant.

Case No: 2:24-cr-00104-JHC

ORDER WITHDRAWING COUNSEL

Having reviewed the Motion to Withdraw submitted by counsel for Mr. Offord, the court hereby orders that Allyson Barker be allowed to withdraw as counsel based on a conflict of interest and that replacement counsel be appointed from the CJA panel.

DATED this 4th day of December, 2025.

*[signature]*

Judge John H. Chun
United States District Judge

1- ORDER WITHDRAWING COUNSEL

Yelish, Barker & Cunningham
1963 Bethel Ave.
Port Orchard, WA 98366
(360) 876-9900
allyson@ybc.law