Hon. John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) NO. CR 24-104 JHC |
| v. | ) ORDER |
| | ) TO CONTINUE TRIAL DATE AND |
| SIMON OFFORD, | ) TO EXTEND DATE FOR |
| | ) FILING PRETRIAL MOTIONS |
| Defendant. | ) |

The court has considered the unopposed motion by the defendant to continue the trial date and pretrial motions deadline and finds that:

a. taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective presentation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. 3161(h)(7)(B)(iv);

b. a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. 3161(h)(7)(B)(I);

c. the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for

trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses;

    d. the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. 3161(h)(7)(A);

    e. the additional time requested between the current trial date of February 17, 2026 and the new trial date is necessary to provide counsel for the defendant the reasonable time necessary to prepare for trial, considering counsel's schedule and all of the facts set forth above; and

    f. that the period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. 3161(h)(7)(A) and (h)(7)(B)(iv).

    IT IS THEREFORE ORDERED that the trial date in this matter shall be continued to October 5, 2026, and that the pretrial motions shall be filed no later than July 6, 2026.

    Dated this 16th day of January, 2026.

                        */s/ John H. Chun*
                         JOHN H. CHUN
                         UNITED STATES DISTRICT JUDGE

ORDER TO CONTINUE TRIAL-2